MELYNNIE A. RIZVI, SB# 225591
  E-Mail: rizvi@lbbslaw.com
AMY K. LEE, SB# 244542
  E-Mail: leea@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Regency Center, L.P.

SIDNEY J. COHEN, SB# 39023
  E-Mail: sjc5143@aol.com
**SIDNEY J. COHEN PROFESSIONAL CORPORATION**
427 Grand Avenue
Oakland, California 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff Carolyn Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>  Plaintiff,<br><br>v.<br><br>REGENCY CENTERS, L.P.; AND DOES 1-12, INCLUSIVE<br><br>  Defendant. | CASE NO. C10-00003 TEH<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT** |

The parties, through their respective counsel of record, hereby stipulate to extend the deadline for Defendant Regency Centers, L.P. ("Defendant") to answer the Complaint in this case. The original deadline was January 29, 2010. The parties agree that Defendant shall have until February 8, 2010, to file its answer to the Complaint.

///

///

///

///

///

4828-8606-4133.1

STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT

This change will not alter the date of any event or any deadline already established by this Court's order.

IT IS SO STIPULATED:

DATED: January 27, 2010         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By _____
                                Melynnie A. Rizvi
                                Amy K. Lee
                                Attorneys for Defendant Regency Center, L.P.


DATED: January ___, 2010        SIDNEY J. COHEN PROFESSIONAL
                                CORPORATION


                                By _____
                                Sidney J. Cohen
                                Attorneys for Plaintiff Carolyn Martin

This change will not alter the date of any event or any deadline already established by this Court's order.

IT IS SO STIPULATED:

DATED: January 27, 2010     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Melynnie A. Rizvi
Amy K. Lee
Attorneys for Defendant Regency Center, L.P.

DATED: January 27, 2010     SIDNEY J. COHEN PROFESSIONAL CORPORATION

By _____
Sidney J. Cohen
Attorneys for Plaintiff Carolyn Martin

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Thelton E. Henderson

01/28/10