MELYNNIE A. RIZVI, SB# 225591
E-Mail: rizvi@lbbslaw.com
AMY K. LEE, SB# 244542
E-Mail: leea@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Regency Center, L.P.

SIDNEY J. COHEN, SB# 39023
E-Mail: sjc5143@aol.com
**SIDNEY J. COHEN PROFESSIONAL CORPORATION**
427 Grand Avenue
Oakland, California 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff Carolyn Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>REGENCY CENTERS, L.P.; AND DOES 1-12, INCLUSIVE<br><br>Defendant. | CASE NO. C10-00003 TEH<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT** |

The parties, through their respective counsel of record, hereby stipulate to extend the deadline for Defendant Regency Centers, L.P. ("Defendant") to answer the Complaint in this case. The original deadline was January 29, 2010. The parties agree that Defendant shall have until February 8, 2010, to file its answer to the Complaint.

///

///

///

///

///

4828-8606-4133.1

1  This change will not alter the date of any event or any deadline already
2  established by this Court's order.
3  IT IS SO STIPULATED:

5  DATED: January 27, 2010       LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By _____
   Melynnie A. Rizvi
8  Amy K. Lee
   Attorneys for Defendant Regency Center, L.P.

11 DATED: January ___, 2010      SIDNEY J. COHEN PROFESSIONAL
                                 CORPORATION

14 By _____
   Sidney J. Cohen
15 Attorneys for Plaintiff Carolyn Martin

1   This change will not alter the date of any event or any deadline already
2   established by this Court's order.
3   IT IS SO STIPULATED:

5   DATED: January 27, 2010     LEWIS BRISBOIS BISGAARD & SMITH LLP

7   By _____
    Melynnie A. Rizvi
8   Amy K. Lee
    Attorneys for Defendant Regency Center, L.P.

11  DATED: January 27, 2010     SIDNEY J. COHEN PROFESSIONAL
                                CORPORATION

13  By _____
    Sidney J. Cohen
14  Attorneys for Plaintiff Carolyn Martin

**IT IS SO ORDERED**
Judge Thelton E. Henderson
01/28/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4828-8606-4133.1    -2-
STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

01/27/2010 12:32 5108939450 SIDNEY J COHEN ESQ PAGE 03/03