1   MELYNNIE A. RIZVI, SB# 225591
      E-Mail: rizvi@lbbslaw.com
2   AMY K. LEE, SB# 244542
      E-Mail: leea@lbbslaw.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    One Sansome Street, Suite 1400
4   San Francisco, California  94104
    Telephone: (415) 362-2580
5   Facsimile: (415) 434-0882

6   Attorneys for Defendant Regency Center, L.P.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  CAROLYN MARTIN,                        CASE NO. C10-00003 TEH

11              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER RE EXTENSION OF TIME
12          v.                             FOR JOINT CONFERENCE**

13  REGENCY CENTERS, L.P.; AND
    DOES 1-12, INCLUSIVE
14
15              Defendant.

16

17

18          Defendant REGENCY CENTERS, L.P. and plaintiff CAROLYN MARTIN ( hereinafter "the

19  parties"), through their respective counsel of record, hereby stipulate to the continuance of the in-person

20  meet and confer conference to discuss settlement  per General Order 56, ¶4 of the Northern District

21  Court until May 7, 2010.

22          The parties further stipulate that plaintiff's deadline to file a Notice of Need for Mediation per

23  General Order 56, ¶6 be accordingly continued until June 16, 2010.

24          The parties further stipulate that all other deadlines and events remain as calendared on this

25  matter's Case Schedule.

26          Good cause exists for this continuance.  No previous time modifications have been made in this

27  case, whether by stipulation or Court order. The parties have conducted a thorough joint site inspection

28  with experts.  The authorized representative from defendant Regency Centers, L.P. is not available to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4829-7508-9926.1
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE

1   meet within the General Rule 56 time line but is available the first week of May 2010. The presence

2   of the representative from Regency Centers, L.P. who is authorized to enter into any settlement is

3   necessary to engage in a meaningful meet and confer conference. Therefore, an extension is requested

4   to complete the conference until May 7, 2010. For these reasons, the parties respectfully request this

5   court issue an Order continuing the deadline for the joint meet and confer conference until May 7, 2010

6   and the deadline for plaintiff to file a Notice of Need for Mediation until June 16, 2010. These

7   continuances will not have any impact on the remainder of the Case Schedule.

8        The parties further agree this stipulation may be executed in sub-parts and a signature

9   transmitted by facsimile may be deemed an original signature.

10       **IT IS SO STIPULATED.**

11

12  DATED: April 19, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

13

14                                 By _____

15                                    Melynnie A. Rizvi
                                       Amy K. Lee
16                                    Attorneys for Defendant Regency Center, L.P.

17

18  DATED: April 19, 2010          SIDNEY J. COHEN PROFESSIONAL
                                    CORPORATION
19

20                                 By _____

21                                    Sidney J. Cohen
                                       Attorneys for Plaintiff Carolyn Martin

22

23                                      **ORDER**

24       The Court, having considered the parties' stipulation, and good cause appearing therefore,

25  hereby ORDERS AS FOLLOWS:

26       The meet and confer conference between the parties described in General Order 56, ¶4 shall

27  be completed by May 7, 2010. The deadline for plaintiff to file a Notice of Need for Mediation

28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4829-7508-9926.1                                    -2-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE

PAGE 02/02          SIDNEY J COHEN ESQ          5108939450          04/19/2010  15:37

1   shall be continued until June 16, 2010.  All other deadlines shall remain the same.

2        **IT IS SO ORDERED.**

3   Dated: _____04/20_____, 2010

4                                                    

5                                        HONORABLE THELTON E. HENDERSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR JOINT CONFERENCE