1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682

4   Attorneys for Plaintiff
    CAROLYN MARTIN

5                UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7   CAROLYN MARTIN                    CASE NO. C 10-00003 TEH
                                      Civil Rights
8        Plaintiff,

9   V.

10  REGENCY CENTERS, L.P;and          **STIPULATION AND ORDER**
    DOES 1-25, Inclusive,             **FOR DISMISSAL**
11
                                      FRCP section 41
12       Defendants.
                                /
13  _____

14       Plaintiff Carolyn Martin  and Defendant Regency Centers, L.P., by and

15  through their attorneys of record, file this Stipulation And Order For Dismissal

16  pursuant to Federal Rule of Civil Procedure section 41.

17       Plaintiff filed this lawsuit  on January 4, 2010.

18       Plaintiff  and Defendant  have entered into a "Mutual Release And

19  Settlement Agreement" which settles all aspects of the lawsuit. A copy of the

20  "Mutual Release And Settlement Agreement" is incorporated by reference herein

21  as if set forth in full. The "Mutual Release And Settlement Agreement " states in

22  part that "The court shall retain jurisdiction to enforce this Settlement

23  Agreement, and this Settlement Agreement shall be incorporated by reference in

24  the dismissal as if set forth in full." Plaintiff  and Defendant stipulate to the court

25  retaining jurisdiction to enforce the "Mutual Release And Settlement

26  Agreement."

27       Plaintiff  moves to dismiss with prejudice the lawsuit against Defendant.

28

Stipulation And Order For Dismissal

1    Defendant, who has answered the complaint, agrees to the dismissal.

2    This case is not a class action, and no receiver has been appointed.

3    This Stipulation and Order may be signed in counterparts, and facsimile or

4  electronically transmitted  signatures shall be as valid and as binding as original

5  signatures.

6    Wherefore, plaintiff  and Defendant, by and through their attorneys of

7  record, so stipulate.

8  Date: 10/26/10                        SIDNEY J. COHEN
                                         PROFESSIONAL CORPORATION
9
                                         /s/ Sidney J. Cohen
10                                       _____
11                                       Sidney J. Cohen
                                         Attorney for Plaintiff
                                         Carolyn Martin
12

13  Date: 10/25/10                       LEWIS, BRISBOIS, BISGAARD &
                                         SMITH LLC
14
                                         /s/ Helen Lee Greemberg
15  _____
                                         _____
16                                       Helen Lee Greenberg
                                         Attorney for Defendant Regency
17                                       Centers, L.P.

18    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO
      ORDERED:
19
20    The lawsuit against Defendant is dismissed with prejudice. The Court shall

21  retain jurisdiction to enforce the parties' "Mutual Release And Settlement

22  Agreement."

23  Date:   10/28/10                      _____
                                         Thelton E. Henderson
24                                       United States District Judge

25

26                                       Judge Thelton E. Henderson

27

28